| 1. Person Reporting (last name, first, middle initial)  Hinkle, Robert L | 2. Court or Organization  U.S. District Court, N.D. Fla. | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐   Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  111 N. Adams Street Tallahassee, Florida 32301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Florida Law School | 2/23/2007 | Gainesville, FL | Judged moot court | Lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital City Bank | A | Interest | K | T | | | | | |
| 2. Berkshire Hathaway | | None | P1 | T | | | | | |
| 3. Fidelity Natl Info Svs | A | Dividend | J | T | | | | | |
| 4. ChoicePoint, Inc. | | None | K | T | | | | | |
| 5. National Retail Pptys Inc. | D | Dividend | M | T | | | | | |
| 6. Crawford & Company Class B | | None | J | T | | | | | |
| 7. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 8. Flagler Holdings, Inc. | C | Dividend | M | U | | | | | |
| 9. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 10. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 11. Mellon Bank Corp. | A | Dividend | | | Exchange out | 07/02 | K | | |
| 12. Bank NY Mellon Corp. | A | Dividend | K | T | Exchange in | 07/02 | K | | |
| 13. Southern Company | A | Dividend | J | T | | | | | |
| 14. US Bancorp | C | Dividend | L | T | | | | | |
| 15. WM Wrigley Jr. Co. | A | Dividend | K | T | | | | | |
| 16. Wrigley William Jr Co B (WWYWB) | A | Dividend | J | T | | | | | |
| 17. IRA (assets also listed separately) | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. National Retail Pptys Inc (NNN) (in IRA) | D | Dividend | M | T | | | | | |
| 19. Fidelity Natl Info Svcs (in IRA) | A | Dividend | | | Sold | 10/23 | K | | |
| 20. Diamonds Trust Series 1 (held in IRA) | C | Dividend | N | T | Bought more | 10/30 | M | | |
| 21. Equifax Inc. (held in IRA) | A | Dividend | | | Sold | 10/23 | K | | |
| 22. Midcap SPDR TR SER 1 (held in IRA) | B | Dividend | M | T | Bought more | 10/30 | L | | |
| 23. IRA 2 (asset also listed separately) | B | Dividend | K | T | | | | | |
| 24. AMCAP FUND (held in IRA 2) | B | Dividend | K | T | | | | | |
| 25. Merrill Lynch Cash/Money Fund | C | Interest | L | T | | | | | |
| 26. Merrill Lynch Cash/Money Fund (held in IRA) | C | Interest | M | T | | | | | |
| 27. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 28. Standard & Poor Deposit Receipts (held in IRA) | D | Dividend | | | Sold | 10/05 | O | | |
| 29. BBT Corporation | | None | | | Sold | 01/03 | M | | |
| 30. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |
| 31. NetBank (CD) (in IRA) | A | Interest | | | Redeemed | 03/15 | K | | |
| 32. FirstBank of PR (CD) (in IRA) | C | Interest | | | Redeemed | 03/15 | L | | |
| 33. East West Bk Pasadena (CD) (in IRA) | A | Interest | | | Redeemed | 01/02 | K | | |
| 34. Bank Hapoalim NY (CD) (in IRA) | A | Interest | | | Redeemed | 01/02 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Israel Disc Bk NY (CD) (in IRA) | A | Interest | | | Bought | 01/03 | K | | |
| 36. Israel Disc Bk NY (CD) (in IRA) | | None | | | Redeemed | 04/03 | K | | |
| 37. CIT Bk (CD) (in IRA) | B | Interest | | | Bought | 01/10 | L | | |
| 38. CIT Bk (CD) (in IRA) | | None | | | Redeemed | 04/10 | L | | |
| 39. Central Pacific Bk Honolulu (CD)(in IRA) | B | Interest | | | Bought | 03/23 | K | | |
| 40. Central Pacific Bk Honolulu (CD)(in IRA) | | None | | | Redeemed | 09/24 | K | | |
| 41. Sovereign Bk Wyomissing PA (CD) (in IRA) | | None | K | T | Bought | 03/30 | K | | |
| 42. Greater Bay Bk Palo Alto CA (CD) (in IRA) | B | Interest | | | Bought | 05/11 | K | | |
| 43. Greater Bay Bk Palo Alto CA (CD) (in IRA) | | None | | | Redeemed | 11/13 | K | | |
| 44. Custodial Trust Princeton NJ (CD) (in IRA) | B | Interest | | | Bought | 05/16 | K | | |
| 45. Custodial Trust Princeton NJ (CD) (in IRA) | | None | | | Redeemed | 11/16 | K | | |
| 46. First Bk PR Santurce PR (CD) (in IRA) | | None | K | T | Bought | 06/29 | K | | |
| 47. Merrill Lynch Bk Salt Lake City (CD) (in IRA) | | None | K | T | Bought | 10/03 | K | | |
| 48. Banco Pop PR Hato Rey PR (CD) (in IRA) | | None | K | T | Bought | 10/03 | K | | |
| 49. ISHARES S&P small cap 600 (in IRA) | | None | M | T | Bought | 10/30 | M | | |
| 50. ISHARES MSCI EAFE Index Fund (in IRA) | | None | M | T | Bought | 10/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/14/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544